UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BRANDON Q. SHAW, )
)
    Petitioner, )
)
vs. ) Case No. 4:06-CV-936 SNL
)
TROY STEELE, )
)
    Respondent. )

## ORDER

This matter is before the Court upon the application of Brandon Q. Shaw for leave to commence this action without payment of the required filing fee. Upon consideration of the financial information provided with the application, the undersigned finds that the applicant is financially unable to pay any portion of the filing fee.

Therefore,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis [Doc. #1] is **GRANTED**. See 28 U.S.C. § 1915.

Dated this 12th day of July, 2006.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**